IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIJAH KELLY, | * |
| | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION NO. 14-00422-WS-B |
| | * |
| vs. | * |
| | * |
| | * |
| CHARLES R. TIPTON, *et al.*, | * |
| | * |
| Defendants. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to obey the Court's orders, as no other lesser sanction will suffice.

**DONE** and **ORDERED** this 26th day of February, 2015.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE